**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00819-CV

## LOWELL MERRITT, Appellant

## V.

## ROBERT DAVIS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-01630-2013

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellee's July 18, 2013

motion to strike appellant's brief.

/David Evans/
DAVID EVANS
JUSTICE